Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-11-00414-CR

**IN RE** Roman **SULLIVAN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Sandee Bryan Marion, Justice
            Steven C. Hilbig, Justice
            Marialyn Barnard, Justice

Delivered and Filed:  July 6, 2011

PETITION FOR WRIT OF MANDAMUS DENIED

On June 15, 2011, relator Roman Sullivan filed a petition for writ of mandamus, complaining of the trial court's failure to rule on various *pro se* petitions and motions. However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on *pro se* motions or petitions filed with regard to a criminal proceeding in which the defendant is represented by counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not

---

[1] This proceeding arises out of Cause Nos. 2009-CR-1619 and 2009-CR-2009, styled *State of Texas v. Roman Sullivan*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

abuse its discretion by declining to rule on relator's *pro se* petitions and motions filed in the criminal proceeding pending in the trial court. Accordingly, the petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH